IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

ANDY JOHNSON, #36997                                                          PLAINTIFF

VERSUS                                            CIVIL ACTION NO. 5:07-cv-30-DCB-MTP

MARTIN PACE, LINDA PUGH,
and JESSE ARMSTRONG                                                          DEFENDANTS

ORDER

The Plaintiff, an inmate currently incarcerated in the Warren County Jail, filed this complaint pursuant to 42 U.S.C. § 1983. The named defendants are: Martin Pace, Sheriff of Warren County; Linda Pugh, Jail Administrator; and Jesse Armstrong, food technician. Upon liberal review of the Plaintiff's complaint and response [10], it is hereby,

ORDERED AND ADJUDGED that the Plaintiff within 20 days of the date of this order shall provide this court with the civil action number of every civil action or appeal which the Plaintiff has had dismissed on the grounds that it is frivolous, malicious or fails to state a claim upon which relief may be granted. Plaintiff shall also provide the name of the court and name(s) of defendant(s) in each civil action identified.

IT IS FURTHER ORDERED that the United States District Clerk is directed to issue summons to the Defendants, Martin Pace, Linda Pugh, and Jesse Armstrong, <u>requiring a response to the complaints</u>.[1] The Clerk is directed to attach a copy of this Order to each complaint and response [10] that will be served on the named Defendants. The United States Marshal shall serve the same pursuant to 28 U.S.C. § 1915(d).

---

[1] The Plaintiff has provided the address of the Warren County Jail, 1000 Grove Street, Vicksburg, MS 39180 for each named defendant.

IT IS FURTHER ORDERED that the Defendants file their answer or other responsive pleading in this cause in accordance with the *Federal Rules of Civil Procedure* and the Local Rules of this Court.

IT IS FURTHER ORDERED that subpoenas shall not be issued except by order of the Court. The United States District Clerk shall not issue subpoenas upon request of the *pro se* litigant, but shall instead forward the request to the Magistrate Judge assigned to this cause for review. The Plaintiff shall submit all request for the issuance of subpoenas to this office for review.

**The Plaintiff should understand that this Order allowing process to issue against the above named Defendants does not reflect any opinion of this Court that the claims contained in the complaint will or will not be determined to be meritorious.**

It is the Plaintiff's responsibility to prosecute this case. Failure to advise this Court of a change of address or failure to comply with any Order of this Court will be deemed as a purposeful delay and contumacious act by the Plaintiff and may result in the dismissal of this case.

THIS the 29th day of June, 2007.

s/Michael T. Parker
UNITED STATES MAGISTRATE JUDGE